

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ELMER BOWEN, an individual                                                      PLAINTIFF

V.                                                                          CAUSE NO. 3:06-cv-648

DOROTHY H. FREEMAN, an individual,
Fictitious Defendants, A, B, and C, being
those persons, firms or corporations who provided
Uninsured/Underinsured Motorist Benefits for the
Plaintiff, Fictitious Defendants, E and F, being those
persons, firms or corporations who are in any way
responsible for the accident herein, the injuries
sustained by the Plaintiff and the damages incurred by
Plaintiff, Fictitious Defendants, G, H, and I, being those
persons, firms or corporations who are successors in
interest to any of the Defendants in this action                                DEFENDANTS

## AGREED ORDER REMANDING CASE

THIS DAY this cause having come before the Court upon the joint _ore_ _tenus_ motion of

counsel for Plaintiff and counsel for Defendant to remand the case to the Circuit Court of Hinds

County, Mississippi, First Judicial District, and the Court, having been informed that both parties

have agreed that the requested relief should be granted, finds that the motion is well taken and

should therefore be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the case is hereby remanded to

Circuit Court of Hinds County, Mississippi, First Judicial District.

SO ORDERED AND ADJUDGED, this the _30th_ day of _November_, 2006.

_Henry T. Wingate_
DISTRICT COURT JUDGE

Submitted and Agreed to

_____
STEPHEN W. MULLINS
Attorney for Plaintiff, Elmer Bowen

_____
TIFFANY PIAZZA GROVE
Attorney for Defendant, Dorothy Freeman