IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ELMER BOWEN, an individual     PLAINTIFF

V.     CAUSE NO. 3:06-cv-648

DOROTHY H. FREEMAN, an individual,
Fictitious Defendants, A, B, and C, being
those persons, firms or corporations who provided
Uninsured/Underinsured Motorist Benefits for the
Plaintiff, Fictitious Defendants, E and F, being those
persons, firms or corporations who are in any way
responsible for the accident herein, the injuries
sustained by the Plaintiff and the damages incurred by
Plaintiff, Fictitious Defendants, G, H, and I, being those
persons, firms or corporations who are successors in
interest to any of the Defendants in this action     DEFENDANTS

## AGREED ORDER REMANDING CASE

THIS DAY this cause having come before the Court upon the joint *ore tenus* motion of counsel for Plaintiff and counsel for Defendant to remand the case to the Circuit Court of Hinds County, Mississippi, First Judicial District, and the Court, having been informed that both parties have agreed that the requested relief should be granted, finds that the motion is well taken and should therefore be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the case is hereby remanded to the Circuit Court of Hinds County, Mississippi, First Judicial District.

SO ORDERED AND ADJUDGED, this the 30th day of November, 2006.

*/s/ Henry T. Wingate*
DISTRICT COURT JUDGE

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 30 2006
J. T. NOBLIN, CLERK
BY _____ DEPUTY

Submitted and Agreed to

_____
STEPHEN W. MULLINS
Attorney for Plaintiff, Elmer Bowen

_____
TIFFANY PIAZZA GROVE
Attorney for Defendant, Dorothy Freeman